IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT LEE BROWN,

    Plaintiff,

v.                                    CASE NO. 5:15-cv-00172-MP-EMT

RICHARD DONNELLY,

    Defendant.
_____/

### O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 9, 2015. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 11. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees that plaintiff may not seek restoration of gain time or challenge the validity of the disciplinary action in a civil rights action. He must seek such relief via a motion for writ of habeas corpus. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The Complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. This dismissal is deemed a "strike" for purposes of 28 U.S.C. § 1915(g). All pending motions are denied as moot..

**DONE AND ORDERED** this  *11*$^{th}$  day of February, 2016

                                        *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge